UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. Case No. 3:24-cr-231-BJD-LLL

PORSHA BROWN

---

UNITED STATES OF AMERICA

v. Case No. 3:25-cr-47-HES-LLL

TAVARES LATREY EDMONDS

---

UNITED STATES OF AMERICA

v. Case No. 3:25-cr-62-MMH-PDB

PAUL ALBERTA III

---

## NOTICE OF RELATED ACTIONS

The United States of America notifies the Court, pursuant to Local Rule 1.07(c), of the existence of the above-referenced cases, which are related as explained below.

In the filed case, 3:25-cr-62-MMH-PDB, defendant Paul Alberta III has been charged by Indictment with Attempted Trafficking in Firearms and Aiding and Abetting Making a False Statement as to a Material Fact During Purchase of a Firearm. In the filed case, 3:25-cr-47-HES-LLL, defendant Tavares Latrey Edmonds has been charged by Indictment with Making a False Statement as to a Material Fact During Purchase of a Firearm. In the filed case, 3:24-cr-231-BJD-LLL, defendant

Porsha Brown was charged by Indictment with Making a False Statement as to a Material Fact During Purchase of a Firearm.

All three cases arise from a common nucleus of facts. Defendant Brown purchased a firearm for Defendant Alberta III, but represented she was the true buyer of the firearm, which was a materially false statement to the purchase. Defendant Brown pled guilty to this charge on February 14, 2025. Defendant Edmonds similarly is alleged to have purchased multiple firearms for Defendant Alberta III, but like Defendant Brown, he represented that he was the true buyer of the firearms, which was a materially false statement to the purchase. Defendant Edmonds was indicted on February 26, 2025. Defendant Alberta III, a convicted felon, is alleged to have aided and abetted the firearms purchases made by Defendants Brown and Edmonds, and engaging in attempted firearms trafficking as a result of him causing the shipment of the firearms purchased by others to himself in California. Defendant Alberta III was indicted on March 12, 2025, and not been arrested yet.

Accordingly, the three matters are factually related.

Dated: March 14, 2025

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

By: */s/ Kelly S. Milliron*

KELLY S. MILLIRON
Assistant United States Attorney
Florida Bar No. 1018917
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: kelly.milliron@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Patrick Korody, Esq.
Counsel for Porsha Brown

Eric Roper, Esq.
Counsel for Tavares Latrey Edmonds

/s/ *Kelly S. Milliron*
KELLY S. MILLIRON
Assistant United States Attorney